IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ELVIS WAYNE JONES, #00536937 | § § § | |
| Petitioner, | § § | |
| v. | § § | No. 3:22-CV-00724-E (BH) |
| DIRECTOR, TDCJ-CID | § § § | |
| Respondent. | § | Referred to U.S. Magistrate Judge |

# ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (ECF No. 29). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED:** July 28, 2023.

Ada Brown
UNITED STATES DISTRICT JUDGE